UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEJANDRO PENA-SLAVADOR,

                Petitioner,

    v.

JEFFREY PERKINS,

                Respondent.

Case No. C25-1692-TL-SKV

REPORT AND RECOMMENDATION

Petitioner Alejandro Pena-Salvador is currently confined at the Coyote Ridge Corrections Center in Connell, Washington. On September 3, 2025, Petitioner submitted to the Court for filing a petition for writ of habeas corpus under 28 U.S.C. § 2254 challenging a 2020 judgment and sentence of the King County Superior Court. *See* Dkt. 1 at 1. However, Petitioner failed to submit with his petition either the requisite $5.00 filing fee or an application to proceed with this action *in forma pauperis*. The Clerk therefore sent Petitioner a letter advising him that his submission was deficient and that he would have to correct the deficiency not later than October 3, 2025, or face dismissal of this action. *See* Dkt. 2. Though Petitioner submitted an amended habeas petition to the Court for filing on September 9, 2025 (Dkt. 3), he has not responded in any fashion to the Clerk's deficiency letter.

REPORT AND RECOMMENDATION
PAGE - 1

1    As Petitioner has had ample time to either pay the filing fee for this action or submit an application to proceed *in forma pauperis*, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute. A proposed Order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **December 11, 2025**.

DATED this 20th day of November, 2025.

S. KATE VAUGHAN
United States Magistrate Judge