UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEJANDRO PENA-SALVADOR,<br><br>                      Petitioner,<br><br>   v.<br><br>JEFFREY PERKINS,<br><br>                      Respondent. | Case No. C25-1692-TL<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record, hereby ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) This action is DISMISSED without prejudice for failure to prosecute.

(3) The Clerk is directed to send copies of this Order to Petitioner and to the Honorable S. Kate Vaughan.

DATED this 11th day of December, 2025.

TANA LIN
United States District Judge

ORDER DISMISSING ACTION - 1